# UNITED STATES DISTRICT COURT
для
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Claudia Isabel Cazares-Quintero, A# 078 108 797 | ) ) ) | Case No. 14-3103 M |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count 1

On or about March 17, 2014, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Claudia Isabel Cazares-Quintero, knowing and in reckless disregard of the fact that a certain alien, namely Ana Maria Meza-Quinones, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

### Count 2

On or about the date of March 17, 2014, Claudia Isabel Cazares-Quintero, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about April 21, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

REVIEWED BY: AUSA Anthony Church

☒ Continued on the attached sheet.

*Complainant's signature*
Samuel D. Haney
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 19, 2014

*Judge's signature*

City and state: Phoenix, Arizona

Lawrence O. Anderson
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Samuel D. Haney, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation, and from the reports and communications of other agents and officers, the facts recited herein.

2. On March 17, 2014, at approximately 11:00 AM, Border Patrol Agent Mathew Green responded to a request for assistance from an Arizona Department of Public Safety (DPS) Officer at mile marker 123 on State Route 85, in Gila Bend, within the District of Arizona. When Agent Green arrived on scene, he found that DPS Officer Palmiotto had stopped a green Jeep Commander and detained seven individuals. Officer Palmiotto had removed the individuals from the vehicle and separated the driver of the vehicle, later identified as Claudia Isabel Cazares-Quintero, from the passengers. Agent Green identified himself as a Border Patrol Agent and conducted an immigration inspection on the six passengers. One of the six passengers was later identified as Ana Maria Meza-Quinones. All of the passengers admitted to being citizens and nationals of a country other than the United States, unlawfully present in the United States. Agent Green then approached Claudia Isabel Cazares-Quintero, identified himself as a Border Patrol Agent, and conducted an immigration inspection on her. Cazares-Quintero admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. All seven of the

3

individuals were transported to the Ajo Border Patrol Station for further processing.

3. Immigration history checks revealed Claudia Isabel Cazares-Quintero to be a citizen of Mexico and a previously deported alien. Cazares-Quintero was removed from the United States to Mexico through El Paso, Texas, on or about April 21, 2006, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Claudia Isabel Cazares-Quintero in any Department of Homeland Security database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Cazares-Quintero's immigration history was matched to her by electronic fingerprint comparison.

4. On March 18, 2014, Claudia Isabel Cazares-Quintero was advised of her constitutional rights. Cazares-Quintero freely and willingly acknowledged her rights and consented to provide a sworn statement under oath without a lawyer present. Cazares-Quintero stated that her true and complete name is Claudia Isabel Cazares-Quintero and that she was born in Mexico. Cazares-Quintero stated that she does not possess documents allowing her to enter into, pass through, or remain in the United States legally. Cazares-Quintero stated that she has illegally entered the United States before and that she has been previously arrested by immigration officers.

5. Cazares-Quintero further stated that she had been recently contacted by a man only known to her as "Gadiel" in Phoenix. Gadiel asked her if she wanted to make extra money and she agreed. Gadiel instructed her to travel to a gas station in Gila Bend

and pick up some people. Cazares-Quintero stated that she was given $2,000.00 on the morning of March 17, 2014, as payment for transporting these people. Cazares-Quintero stated that she still had the $2,000.00 in her possession when she was stopped by Officer Palmiotto.

6. Cazares-Quintero stated that as she was traveling to Gila Bend, on the morning of March 17, she was contacted by Gadiel who instructed her to go to mile marker 114 on Interstate 8 instead of the gas station in Gila Bend. Cazares-Quintero stated that when she arrived at mile marker 114, the people she was supposed to transport came running and quickly got into her vehicle. She stated that she thought the people might be illegal aliens. She stated that when she picked up the people, she had a feeling of regret and thought: "I should not have done it."

7. Cazares-Quintero stated that after she picked up the people, she proceeded north toward Phoenix. She stated that she intended to transport the people to Phoenix. She stated that after she passed through Gila Bend, a police car stopped her.

8. On March 17, 2014, Ana Maria Meza-Quinones made a sworn statement regarding her entry into the United States. Meza-Quinones stated that her true and complete name is Ana Maria Meza-Quinones and that she was born in Mexico. Meza-Quinones stated that she does not possess documents allowing her to enter into, pass through, or remain in the United States legally.

9. Meza-Quinones stated that she made arrangements while in Culiacan, Mexico to be brought into the United States. She stated that she was to pay $3,500.00 in exchange

for being smuggled into the United States. She stated that she entered the United States on March 11, 2014, near Sonoyta, Mexico with a group of six people.

10. Meza-Quinones stated that after entering the United States, she and the group she was traveling with were picked up by a vehicle. She did not know the exact location where they were picked up. She stated that she recognized the driver of the vehicle as Claudia Isabel Cazares-Quintero, whom she had known since she was nineteen. She stated that she had a brief conversation with the Cazares-Quintero after she was picked up.

11. On March 17, 2014, Ana Maria Meza-Quinones was shown a photo lineup that included a picture of Claudia Isabel Cazares-Quintero. She was asked to identify the driver of the vehicle that picked her and the other individuals up. Meza-Quinones identified Claudia Isabel Cazares-Quintero as the driver of the vehicle. Meza-Quinones marked and initialed the picture of Claudia Isabel Cazares-Quintero.

12. For these reasons, your affiant submits that there is probable cause to believe that on or about March 17, 2014, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Claudia Isabel Cazares-Quintero, knowingly and with reckless disregard of the fact that certain aliens, namely Ana Maria Meza-Quinones, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324

(a)(1)(A)(ii) and (a)(1)(B)(i); and on or about the date of March 17, 2014, Claudia Isabel Cazares-Quintero, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about April 21, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Samuel D. Haney
U.S. Border Patrol Agent


Sworn to and subscribed before me this 19th day of March, 2014.

_____
Lawrence O. Anderson
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Claudia Isabel Cazares-Quintero | ) Case No. 14-3103M<br>)<br>) **AFFIDAVIT FOR DETENTION OF**<br>) **MATERIAL WITNESS**<br>) |

I, Samuel D. Haney, on oath, depose and state:

(1) I am an Agent of the U.S. Border Patrol, Ajo, Arizona, and make this affidavit as such officer.

(2) A criminal complaint in this matter has been filed charging that the defendant did knowingly and with reckless disregard transport or attempt to transport in the United States, Ana Maria Meza-Quinones (hereinafter called "witness"), an alien, by means of transportation and otherwise in furtherance of such violation of the law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

(3) The above witness has testimony to give in said matter of a material nature in that she illegally entered the United States and the defendant transported or moved the said witness in the United States in furtherance of the witness' violation of law.

(4) The above witness is a citizen and resident of Mexico who entered the United States illegally, and who would return to Mexico to reside if released in this proceeding.

(5) Because of the above, her presence in further proceedings in this matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

(6) I therefore request that the above-named witness be detained as a material witness for further proceedings in this case pursuant to 18 U.S.C. § 3144.

_____
Samuel D. Haney, U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, this 19th day of March, 2014.

_____
Lawrence O. Anderson
United States Magistrate Judge