BALTAZAR INIGUEZ
Attorney at Law
3106 N. 16th Street
Phoenix, AZ  85016-7610
Phone (602) 285-5688
Fax (602) 277-1636
zariniguez@aol.com
State Bar No. 006084

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  ) | No. CR 14-510-PHX-DGC |
| ) | |
| Plaintiff,  ) | DEFENDANT'S |
| ) | SENTENCING |
| ) | MEMORANDUM |
| Claudia Isabel Cazarez-Quintero,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

COMES NOW Defendant Claudia Isabel Cazarez-Quintero, by and through counsel undersigned and hereby respectfully submits the following Sentencing Memorandum  to request that the Court impose sentence below the advisory Sentencing Guidelines for the following reasons.

This request is being made pursuant to the Sentencing Statute 18 U.S.C. § 3553(a).  As the Court is aware, the factors to be considered in imposing a sentencing under 18 U.S.C. § 3553(a) are as follows.

The Court shall impose a sentence sufficient but no greater than necessary to comply with the purposes set forth in paragraph 2 of this subsection. The Court, in determining the particular sentence to be impose, shall consider; 1) the nature and circumstances of the offense and the history and characteristics of the defendant; 2) the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrents to criminal conduct; and (C)to protect the public from further crimes of the defendant and (D) to provide the defendant with the needed educational or vocational training, medical care or other correctional treatment in the most effective manner.

In this case, Claudia pled guilty pursuant to a Plea Agreement wherein she agreed to plead guilty to transportation of illegal aliens.

The offense conduct, as can be seen from the Presentence Investigation Report at page 3, paragraph 3, on March 17, 2014, the U.S. Border Patrol agent working near Gila Bend, Arizona, made contact with Claudia following a traffic stop on State Route 85. Claudia was identified as the driver of a vehicle containing six illegal immigrants. She was found to be in possession of $2,172.00. $2,000.00 of which was seized as she claimed it was payments she received to transport the illegal aliens. Claudia had immediately accepted responsibility for her illegal conduct and advised the agent that she did it out of economic need.

Claudia is 32 years old, a citizen of Mexico and had entered the United States illegally to work because she has a 15 year old son in Mexico and she could not afford to send him to school with the wages one earns in Mexico. She was working here in the Phoenix area cleaning houses for a living, making approximately $40.00 to $50.00 per day working four or five days a week. She is a single parent and has raised her son from birth without any support from the father.

Claudia found herself in a desperate situation because she still owed the smuggler who helped her enter the country $1,000.00 and she also did not have enough money to pay her rent. As a result of the economic pressure, she gave in to the request that she drive to Gila Bend and pick up several illegal aliens. She thought it was just going to be two or three aliens, but in fact it turned out to be six.

Because it turned out that there were six illegal aliens, Claudia received a three level enhancement pursuant to the guidelines for the number of aliens transported, which if it's between six and twenty-four aliens the three level enhancement is given. As can be seen, she barely met that three level enhancement because it was six illegal aliens. If it had been just 1 less illegal alien, she would have been looking at significantly less time in custody.

Claudia is 32 years of age and because of the economic hardships in

Mexico, was only able to attend six years of school. She was not able to learn a trade or have other skills with which to make a decent living. She is a hard working person with no alcohol or drug problems and except for the one prior conviction for a misdemeanor illegal entry, she has no criminal history in this country or in Mexico.

By the date of her sentencing, June 25, 2014, she will have spent 100 days in custody. That is by far the longest time she's been in custody and is more than sufficient to impress upon her the seriousness of her conduct and deter her from any future criminal conduct. Furthermore, as a result of this conviction, she will never be able to return to this country legally and if she returns illegally, she will be subject to up to 20 years in prison. While it would be extremely unlikely that she would receive any sentence of that magnitude, certainly she would be facing several years in prison just by returning illegally to this country. She has plans and hopes to return to Mexico as soon as possible to continue to help her son with his education as best she can.

It is respectfully requested that she be give a sentence of time served as that would be sufficient to satisfy the purposes of the Sentencing Statute in that it would be a sentence that is sufficient but no greater that necessary to promote respect for the law, deter her from future criminal conduct and give a fair and just punishment.

As can be seen from the letters provided by family and friends, she is well thought of in the community and this was something totally out of character for her. She has learned a great lesson from this and it is certain that she will never be involved in this type of activity again.

For the above stated reasons, it is respectfully requested that Claudia Isabel Cazarez-Quintero be sentenced to time served.

RESPECTFULLY SUBMITTED this 16th day of June, 2014.

*s/Baltazar Iniguez*
BALTAZAR INIGUEZ
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:
Lacy Cooper

Copy of the foregoing e-mailed this
16th day of June, 2014, to:

Jaime L. Muse
U.S. Probation Officer